1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD APPEL, *et al.*, | Case No. 18-cv-873-BAS-MDD |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| v. | **[ECF No. 88]** |
| BOSTON NATIONAL TITLE AGENCY, LLC, | |
| Defendant. | |

Defendant Boston National Title Agency, LLC filed a motion to dismiss or strike portions of Plaintiffs' second amended complaint. (ECF No. 87.) The motion is noticed for November 4, 2019. The parties jointly move to continue the hearing date to November 18, 2019. (ECF No. 88.) The parties make this request to give Plaintiffs adequate time to draft an opposition to the motion. Plaintiffs' counsel is busy with other cases and states he will not have adequate time to oppose the motion given his other obligations.

The Court **GRANTS** the Joint Motion. (ECF No. 88.) The Court continues the hearing date for Defendant's motion, (ECF No. 87), to November 18, 2019. The briefing schedule is continued accordingly. The Court notes that the hearing date is

set only to provide a briefing schedule and this motion has no oral argument per this Court's standing civil orders.

**IT IS SO ORDERED.**

**DATED: October 7, 2019**

Hon. Cynthia Bashant
United States District Judge